IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. **1:19CR00111SNLJ/ACL** ) |
| JAMES ODELL JOHNSON, | ) Title 18 U.S.C. § 751 ) |
| Defendant. | ) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

Between January 1, 2019, and April 27, 2019, in Cape Girardeau County, Missouri, in the Eastern District of Missouri in the Southeastern Division, the defendant, James Odell Johnson, did knowingly attempt to escape from custody while he was in federal custody in the Cape Girardeau County Jail, an institutional facility in which he was lawfully confined at the direction of the Attorney General and the United States by virtue of a lawful arrest by an arrest warrant issued under the laws of the United States for a felony offense charged in the United States District Court for the Eastern District of Missouri, Southeastern Division, in Case Number 1:18CR00107AGF, in violation of Title 18, United States Code, Section 751.

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
UNITED STATES ATTORNEY

_____
KEITH D. SORRELL, #38283MO
ASSISTANT UNITED STATES ATTORNEY